**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_____SOUTHERN_____ District of _TEXAS_____
                              (State)

Case number (*if known*): _____ Chapter __11__

☐ Check if this is an
   amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy   04/25

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | ENKB-MONTICELLO LLC |

2. **All other names debtor used in the last 8 years**

   Include any assumed names, trade names, and *doing business as* names

   Monticello Apartments
   _____
   _____
   _____

3. **Debtor's federal Employer Identification Number (EIN)**

   85 __ – 0580376 __ __ __

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 8600    Woodway Dr | |
| Number    Street | Number    Street |
| | P.O. Box |
| Houston    TX    77063 | |
| City    State    ZIP Code | City    State    ZIP Code |
| Harris | **Location of principal assets, if different from principal place of business** |
| County | 13913    Ella Blvd |
| | Number    Street |
| | Houston    TX    77014 |
| | City    State    ZIP Code |

5. **Debtor's website** (URL) _____

Debtor  ENKB-MONTICELLO LLC _____   Case number (*if known*)_____
      Name

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding  LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☑ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply*:

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                       MM / DD / YYYY

        District _____  When _____  Case number _____
                                       MM / DD / YYYY

---

Debtor  ENKB-MONTICELLO LLC
_____
Name                                    Case number (if known) _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☐ No

☒ Yes.  Debtor  See attached list
_____ Relationship _____

District _____  When _____
                                                                MM  /  DD  / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☒ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☒ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?**  13913      Ella Blvd
                            _____
                            Number      Street

                            _____

                            Houston                          TX    77014
                            _____
                            City                             State ZIP Code

**Is the property insured?**

☐ No

☒ Yes. Insurance agency  AEGIS Insurance
                         _____

        Contact name     Tyler Webber
                         _____

        Phone            316-303-7422
                         _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

Debtor     ENKB-MONTICELLO LLC _____     Case number (*if known*)_____
        Name

| | | | |
|---|---|---|---|
| **15. Estimated assets** | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☑ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| | | | |
|---|---|---|---|
| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,000-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime.  Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   09/07/2025
          MM / DD / YYYY

✖ /s/ Fercan E. Kalkan _____      Fercan E. Kalkan _____
Signature of authorized representative of debtor      Printed name

Title   Manager _____

**18. Signature of attorney**

✖ /s/ Joyce W. Lindauer _____     Date   09/07/2025
Signature of attorney for debtor                  MM / DD / YYYY

Joyce W. Lindauer _____
Printed name
Joyce W. Lindauer Attorney, PLLC _____
Firm name
117 S. Dallas Street _____
Number    Street
Ennis _____    TX _____    75119 _____
City                           State     ZIP Code
972-503-4033 _____     joyce@joycelindauer.com _____
Contact phone                      Email address

21555700 _____     TX _____
Bar number                      State

## **<u>RELATED CASES</u>**

Creekside 2019, LLC
Case No. 25-80094
Galveston Division
Judge Alfredo R. Perez

9707 Woodscape 2020 LLC
Case No. 25-32463
Houston Division
Judge Jeffrey P. Norman

Piney Point 2023 LLC
Case No. 25-30128
Houston Division
Judge Jeffrey P. Norman

Rockridge2016, LLC
Case No. 25-32047
Houston Division
Judge Jeffrey P. Norman

Rosslyn2016 LLC
Case No. 25-34507
Houston Division
Judge Eduardo V. Rodriguez

Texas Esencia 2019 LLC
Case No. 25-34508
Houston Division
Judge Eduardo V. Rodriguez

Timbers2020 LLC
Case No. 25-34510
Houston Division
Judge Eduardo V. Rodriguez

TXMV2017 LLC
Case No. 25-30126
Houston Division
Judge Alfredo R. Perez

ENKB Monticello LLC
Galveston Division

La Plaza 2022 LLC
Galveston Division

Mar De Sol 2021 LLC
Galveston Division

TX Nueva 2021 LLC
Galveston Division

# ACTION BY WRITTEN CONSENT
# OF THE SOLE MEMBER

## ENKB-Monticello LLC

September 7, 2025

The undersigned, being the sole member **Fercan E. Kalkan** (the "Member") and manager (the "Manager") of **ENKB-Monticello LLC**, a Texas limited liability company (the "Company"), does hereby consent to and adopt the following resolutions effective as of the date first above written, as the action of the Sole Member and the Manager of the Company, and hereby direct that this written consent to such action be filed with the minutes of the proceedings of the Company:

### RECITALS

WHEREAS, the Sole Member and Manager of the Company have reviewed and considered the financial condition and circumstances of the Company, including its assets, liabilities, and business prospects; and
WHEREAS, after due consideration and consultation with legal and financial advisors, the Sole Member and Manager have determined that it is in the best interests of the Company to take such actions as are authorized herein.

### RESOLUTIONS

NOW, THEREFORE, BE IT RESOLVED, that the Sole Member and the Manager hereby authorize the Company to take all actions necessary and desirable to carry on its business and protect the interests of the Company; and
FURTHER RESOLVED, that Fercan E. Kalkan, Manager of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to execute and verify the petition and cause the same to be filed in such court at such time as they deem appropriate; and
FURTHER RESOLVED, that **Fercan E. Kalkan**, Manager of the Company, is hereby authorized, empowered, and directed, in the name and on behalf of the Company, to:

- Execute, deliver, and file all necessary legal, tax, and financial documents;
- Retain legal counsel, accountants, and other professionals as deemed necessary;
- Open, maintain, and manage bank accounts in the name of the Company;
- Negotiate, execute, and perform any agreements, instruments, or other documents necessary for the operation and management of the Company; and
- Take all other actions deemed necessary or appropriate to preserve, protect, and maximize the value of the Company's assets.

FURTHER RESOLVED, that all prior acts and actions taken by any officer, manager, or other authorized representative of the Company in connection with the matters contemplated by this resolution are hereby ratified, confirmed, and approved in all respects; and

FURTHER RESOLVED, that this resolution shall be effective immediately and remain in full force and effect until modified, revoked, or superseded by a subsequent resolution adopted by the Sole Member and the Manager.

**IN WITNESS WHEREOF, this Written Consent has been executed by the undersigned as of the date first set forth above.**

**MEMBER:**

*Fercan E. Kalkan, Sole Member*

By: _____
**Fercan E. Kalkan**, Managing Member

**MANAGER:**

_____
**Fercan E. Kalkan**, an Individual