United States Bankruptcy Court
Southern District of Texas
ENTERED
April 06, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| ENKB-MONTICELLO, LLC, *et al.*, | § | Case No. 25-80418 (ARP) |
| | § | |
| Debtors.[1] | § | Jointly Administered |
| | § | Re: Docket No. 318 |

**ORDER CLARIFYING THE CONFIRMATION ORDER**

Upon the motion [Docket No. 318] (the "**Motion**")[2] of Morgan Stanley Private Bank, National Association (the "**Movant**") for entry of an order, pursuant to section 105 of the Bankruptcy Code, clarifying the *Order Confirming Debtors' First Amended Joint Plan of Reorganization, as Modified as to ENKB Monticello, LLC* [Docket No. 211] (the "**Confirmation Order**"); and the Court having jurisdiction to consider the Motion, the relief requested therein, and the relief granted herein pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of the chapter 11 case and related proceedings is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409; and due and proper notice of the Motion having been provided, such notice having been adequate and appropriate under the circumstances, and it appearing that no other or further notice need be provided; and the Court having reviewed and considered the Motion; and the Court having held a hearing to consider the relief requested in the Motion (the "**Hearing**"); and the Court having determined that the legal and factual bases set forth in the Motion and at the

[1] The jointly administered cases (collectively, the "Chapter 11 Cases") are ENKB-Monticello, LLC (Case No. 25-80418), La Plaza 2022, LLC (Case No. 25-80419), Mar de Sol 2021, LLC (Case No. 25-80420), TX Nueva 2021, LLC (Case No. 25-80421), and Verenda 2021, LLC (Case No. 25-80423).

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motion.

Hearing establish just cause for the relief granted herein; and all objections filed or asserted in respect of the Motion, if any, having been withdrawn, resolved, or overruled; and after due deliberation and sufficient cause appearing therefor,

IT IS HEREBY ORDERED THAT:

1. The Confirmation Order does not order turn over to ENKB-Monticello, LLC's bankruptcy estate of any funds that are or were in the Morgan Stanley accounts.

2. This Court has not made any findings or determinations, in the Confirmation Order or otherwise, regarding any party's rights to any funds that are or were in the Morgan Stanley accounts, including Morgan Stanley's prepetition exercise of its setoff rights against funds in the Morgan Stanley accounts.

3. Any Federal Rule of Bankruptcy Procedure or Bankruptcy Local Rule that might otherwise delay the effectiveness of this Order is hereby waived, and the terms and conditions of this Order shall be effective and enforceable immediately upon its entry.

4. The Court retains exclusive jurisdiction over any matter arising from or related to the implementation, interpretation, and enforcement of the Plan and Confirmation Order, including this Order.

Signed: April 06, 2026

Alfredo R Pérez
United States Bankruptcy Judge